1
2
3
4
5
6
7
8
9

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

10
11
12
13

PATRICIA A. CHARETTE,

Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social
Security,

Defendant.

Case No. ED CV 15-1324 MRW

JUDGMENT

14
15
16
17
18
19
20

It is the judgment of this Court that the decision of the Administrative Law

21  Judge is AFFIRMED.  Judgment is hereby entered in favor of Defendant.

22
23
24  Date: May 2, 2016

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE

25
26
27
28